PHILIP H. KUSS, as Receiver, etc., Respondent, v. ABRAM HENRY COHEN, Also Known as ABRAHAM HENRY COHEN, Appellant.— Order affirmed, with ten

dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.